# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00272-CR

## Ex parte Donald Craig Roy

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 47,759, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

Donald Craig Roy appeals from the trial court's order, made after a habeas corpus hearing, denying bail pending a hearing on his motion for new trial. After the parties' briefs were filed, a supplemental record was received and filed showing that the motion for new trial has been denied. The appeal is now moot.

The appeal is dismissed.

_____

Carl E. F. Dally, Justice

Before Justices B. A. Smith, Puryear and Dally*

Dismissed as Moot

Filed: August 30, 2001

Do Not Publish

---

* Before Carl E. F. Dally, Judge (retired), Court of Criminal Appeals, sitting by assignment. *See* Tex. Gov't Code Ann. § 74.003(b) (West 1998).